# UNITED STATES BANKRUPTCY COURT

Middle   DISTRICT OF   Florida

Jacksonville Division

| | | |
|---|---|---|
| In Re. Donald J. Schroeder & Deirdre C. Schroeder | § | Case No.  21-00707 |
| | § | |
| | § | |
| Debtor(s) | § | |
| | | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2021

Petition Date: 03/25/2021

Months Pending: 4

Industry Classification: 0 0 0 0

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Angela M. Scott
Signature of Responsible Party

09/21/2021
Date

Angela M. Scott
Printed Name of Responsible Party

1855 Mayport Road, Atlantic Beach, FL 32233
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Donald J. Schroeder & Deirdre C. Schroeder

Case No.  21-00707

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $8,906 | |
| b.   Total receipts (net of transfers between accounts) | $3,425 | $18,160 |
| c.   Total disbursements (net of transfers between accounts) | $8,054 | $88,590 |
| d.   Cash balance end of month (a+b-c) | $4,278 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $8,054 | $88,590 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $0 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.   Inventory    (Book ◉   Market ○   Other ○   (attach explanation)) | $0 |
| d    Total current assets | $0 |
| e.   Total assets | $0 |
| f.   Postpetition payables (excluding taxes) | $0 |
| g.   Postpetition payables past due (excluding taxes) | $0 |
| h.   Postpetition taxes payable | $0 |
| i.   Postpetition taxes past due | $0 |
| j.   Total postpetition debt (f+h) | $0 |
| k.   Prepetition secured debt | $0 |
| l.   Prepetition priority debt | $0 |
| m.   Prepetition unsecured debt | $0 |
| n.   Total liabilities (debt) (j+k+l+m) | $0 |
| o.   Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $0 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $0 | $0 |

Debtor's Name  Donald J. Schroeder & Deirdre C. Schroeder                    Case No.  21-00707

## Part 5:  Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | Law Offices of Jason A. Burgess | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | Smith, Hulsey & Busey | Special Counsel | $0 | $0 | $0 | $0 |
| iii | FARMAND, FARMAND & FA | Financial Professional | $0 | $0 | $0 | $0 |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯    No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ◯    No ⦿

c. Were any payments made to or on behalf of insiders?    Yes ◯    No ⦿

d. Are you current on postpetition tax return filings?    Yes ⦿    No ◯

e. Are you current on postpetition estimated tax payments?    Yes ⦿    No ◯

f. Were all trust fund taxes remitted on a current basis?    Yes ◯    No ⦿

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◯    No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ◯    No ◯    N/A ⦿

i. Do you have:    Worker's compensation insurance?    Yes ◯    No ⦿

    If yes, are your premiums current?    Yes ◯    No ◯    N/A ⦿    (if no, see Instructions)

    Casualty/property insurance?    Yes ⦿    No ◯

    If yes, are your premiums current?    Yes ⦿    No ◯    N/A ◯    (if no, see Instructions)

    General liability insurance?    Yes ⦿    No ◯

    If yes, are your premiums current?    Yes ⦿    No ◯    N/A ◯    (if no, see Instructions)

Debtor's Name  Donald J. Schroeder & Deirdre C. Schroeder                    Case No.  21-00707

j.   Has a plan of reorganization been filed with the court?          Yes ◉    No ○

k.   Has a disclosure statement been filed with the court?          Yes ◉    No ○

l.   Are you current with quarterly U.S. Trustee fees as          Yes ◉    No ○
     set forth under 28 U.S.C. § 1930?

| **Part 8: Individual Chapter 11 Debtors (Only)** | |
|---|---|
| a.   Gross income (receipts) from salary and wages | $0 |
| b.   Gross income (receipts) from self-employment | $0 |
| c.   Gross income from all other sources | $3,425 |
| d.   Total income in the reporting period (a+b+c) | $3,425 |
| e.   Payroll deductions | $0 |
| f.   Self-employment related expenses | $0 |
| g.   Living expenses | $8,054 |
| h.   All other expenses | $0 |
| i.   Total expenses in the reporting period (e+f+g+h) | $8,054 |
| j.   Difference between total income and total expenses (d-i) | $-4,629 |
| k.   List the total amount of all postpetition debts that are past due | $0 |

l.   Are you required to pay any Domestic Support Obligations as defined by 11          Yes ○   No ◉
     U.S.C § 101(14A)?

m.   If yes, have you made all Domestic Support Obligation payments?          Yes ○   No ○   N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Donald J. Schroeder                                          Donald J. Schroeder
_____                                          _____
Signature of Responsible Party                                          Printed Name of Responsible Party

9/21/21                                                              09/21/2021
_____                                          _____
Title                                                              Date

DEIRDRE C. SCHROEDER AND OR  DONALD J. SCHROEDER, DEBTORS-IN-POSSESSION
CASE NUMBER: 3:21-BK-00707-LVV-CHAPTER 11
SCHEDULE OF PAYMENTS TO PROFESSIONALS

MONTHLY OPERATING REPORT - INDIVIDUAL - FOR THE POST PETITION PERIOD 3.17.21 THROUGH 7.31.21

SCHEDULE OF PAYMENTS TO PROFESSIONALS REGISTER:

| | | PERIOD ENDING 7.31.21 | PERIOD ENDING 6.30.21 | PERIOD ENDING 5.31.21 | PERIOD ENDING 4.30.21 | TOTAL |
|---|---|---|---|---|---|---|
| SMITH HULSEY BUSEY | LEGAL FEES | $       - | $  33,296.50 | $       - | $  14,997.54 | $  48,294.04 |
| BURGESS LAW | LEGAL FEES | - | - | - | - | - |
| FARMAND, FARMAND & FARMAND | FEDERAL TAX RETURN PREPARATION | - | - | - | - | - |
| OTHER | | - | - | - | - | - |
| **TOTAL CASH RECEIPTS** | | - | 33,296.50 | - | 14,997.54 | $  48,294.04 |

# EXHIBIT A

## CASE: 3:21-BK-00707-LVV
## CHAPTER 11

## SCHROEDERS

## POST-PETITION DIP
## BANK ACCOUNTS AS OF
## 7.31.21

1. Fifth Third Bank - Checking (5185)

2. Regions Bank – Checking (1902)

3. Regions Bank – Checking (1937)

DEIRDRE C. SCHROEDER AND OR DONALD J. SCHROEDER, DEBTORS-IN-POSSESSION
CASE NUMBER: 3:21-BK-00707-LVV-CHAPTER 11
SCHEDULE OF HOUSEHOLD CASH RECEIPTS AND CASH DISBURSEMENTS

<u>MONTHLY OPERATING REPORT - INDIVIDUAL - FOR THE POST PETITION PERIOD 7.1.21 THROUGH 7.31.21</u>

<u>CASH RECEIPTS ACTIVITY REGISTER:</u>

| | FIFTH THIRD 5185 | REGIONS 1902 | REGIONS 1937 | TOTAL |
|---|---|---|---|---|
| NET WAGES - MACY'S | $ - | $ - | $ - | $ - |
| INTEREST INCOME | - | 0.07 | 0.02 | 0.09 |
| SOCIAL SECURITY | 1,062.00 | - | 2,363.00 | 3,425.00 |
| INCOME TAX REFUNDS | - | - | - | - |
| ELECTRONIC TRANSFER BETWEEN REGIONS ACCOUNTS | - | - | - | - |
| OTHER (ATTACH SCHEDULE) | - | - | - | - |
| TOTAL CASH RECEIPTS | 1,062.00 | 0.07 | 2,363.02 | $ 3,425.09 |

DEIRDRE C. SCHROEDER AND OR  DONALD J. SCHROEDER, DEBTORS-IN-POSSESSION
CASE NUMBER: 3:21-BK-00707-LVV-CHAPTER 11
SCHEDULE OF HOUSEHOLD CASH RECEIPTS AND CASH DISBURSEMENTS

MONTHLY OPERATING REPORT - INDIVIDUAL - FOR THE POST PETITION PERIOD 7.1.21 THROUGH 7.31.21

CASH DISBURSEMENT ACTIVITY REGISTER:

|  | FIFTH THIRD 5185 | REGIONS 1902 | REGIONS 1937 | TOTAL |
|---|---|---|---|---|
| HOUSEHOLD EXPENSES/FOOD/CLOTHING | $ (997.12) | $ (63.11) | $ (648.29) | $ (1,708.52) |
| HOUSEHOLD REPAIRS & MAINTENANCE | - | (2,210.49) | (326.53) | (2,537.02) |
| INSURANCE | (843.58) | - | - | (843.58) |
| MEDICAL SERVICES | (36.16) | - | (1,144.17) | (1,180.33) |
| UTILITIES (ELECTRIC, GAS, WATER, CABLE, SANITATION) | (423.25) | (1,360.94) | - | (1,784.19) |
| U. S. TRUSTEE QUATERLY FEES | - | - | - | - |
| PROFESSIONAL FEES (LEGAL, ACCOUNTING) | - | - | - | - |
| ELECTRONIC TRANSFER BETWEEN REGIONS ACCOUNTS | - | - | - | - |
| OTHER (ATTACH SCHEDULE) | - | - | - | - |
| TOTAL CASH DISBURSEMENTS | (2,300.11) | (3,634.54) | (2,118.99) | $ (8,053.64) |

DEIRDRE C. SCHROEDER AND OR  DONALD J. SCHROEDER, DEBTORS-IN-POSSESSION
CASE NUMBER: 3:21-BK-00707-LVV-CHAPTER 11
SCHEDULE OF HOUSEHOLD CASH RECEIPTS AND CASH DISBURSEMENTS

ATTACHMENT NO.    3A.1

PURPOSE OF ACCOUNT:    PERSONAL
TYPE OF ACCOUNT:    CHECKING

MONTHLY OPERATING REPORT - INDIVIDUAL - FOR THE POST PETITION PERIOD 7.1.21 THROUGH 7.31.21

**1    FIFTH THIRD BANK - DIP CHECKING ACCT.  5185 - ACTIVITY REGISTER**

| ACTIVITY REGISTER: | CHECK # | DATE | AMOUNT | | FOR |
|---|---|---|---|---|---|
| BEGINNING BALANCE - 7.1.21 | | 7.1.21 | $  2,107.46 | | |
| **DEPOSITS / CREDITS:** | | | | | |
| DIRECT DEPOSIT | | 7.12.21 | $  1,062.00 | CREDIT | SOCIAL SECURITY |
| TOTAL DEPOSITS / CREDITS | | | $  1,062.00 | | |
| **WITHDRAWALS / DEBITS:** | | | | | |
| KROGER | | 7.1.21 | (33.20) | DEBIT | FOOD |
| SPEEDWAY | | 7.2.21 | (48.01) | DEBIT | GAS |
| GEICO | | 7.2.21 | (132.76) | DEBIT | AUTO INSURANCE |
| WALGREENS | | 7.6.21 | (48.99) | DEBIT | PERSONAL ITEMS |
| MEDICAL INS. / RX | | 7.6.21 | (77.80) | DEBIT | MEDICAL INSURANCE |
| UNITED HEALTHCARE | | 7.6.21 | (383.02) | DEBIT | MEDICARE |
| KROGER | | 7.6.21 | (11.66) | DEBIT | FOOD |
| KROGER | | 7.6.21 | (79.11) | DEBIT | FOOD |
| JEANIE HOLIDAY MANOR | | 7.7.21 | (40.00) | DEBIT | PERSONAL ITEMS |
| KROGER | | 7.8.21 | (48.27) | DEBIT | FOOD |
| APPLE | | 7.9.21 | (0.99) | DEBIT | PERSONAL ITEMS |
| AT&T | | 7.9.21 | (79.33) | DEBIT | CELL PHONE |
| SPECTRUM | | 7.12.21 | (157.98) | DEBIT | INTERNET/CABLE |
| KROGER | | 7.14.21 | (108.23) | DEBIT | FOOD |
| TOTAL WITHDRAWALS / DEBITS | | | $  (1,249.35) | | |
| **CHECKS** | | | | | |
| SAFECO | 171 | 7.14.21 | (36.16) | DEBIT | MEDICAL EXPENSES |
| LG&E | 172 | 7.14.21 | (97.29) | DEBIT | ELECTRIC |
| CHECKS | | | $   (133.45) | | |
| ENDING BALANCE PER BANK STATEMENT - 7.15.21 | | | $  1,786.66 | | |
| BEGINNING BALANCE - 7.16.21 | | 7.16.21 | $  1,786.66 | | |
| TOTAL DEPOSITS / CREDITS - (7.16.21 - 7.31.21) | | | | | |
| | | | $         - | | |
| TOTAL DEPOSITS / CREDITS - (7.16.21 - 7.31.21) | | | $         - | | |
| **CHECKS - (7.16.21 - 7.31.21)** | | | | | |
| ONE MED | 174 | 7.19.21 | (250.00) | DEBIT | HEALTH INSURANCE |
| COACH GATE | 177 | 7.30.21 | (293.58) | DEBIT | PERSONAL ITEMS |
| CHECKS - (7.16.21 - 7.31.21) | | | $   (543.58) | | |
| **WITHDRAWALS / DEBITS - (7.16.21 - 7.31.21)** | | | | | |
| JEANIE HOLIDAY MANOR | | 7.26.21 | (40.00) | DEBIT | PERSONAL ITEMS |
| WALGREENS | | 7.29.21 | (48.99) | DEBIT | PERSONAL ITEMS |
| SPECTRUM | | 7.30.21 | (167.98) | DEBIT | INTERNET/CABLE |
| KROGER | | 7.30.21 | (116.76) | DEBIT | FOOD |
| WITHDRAWALS / DEBITS - (7.16.21 - 7.31.21) | | | $   (373.73) | | |
| ENDING BALANCE - 7.31.21 | | 7.31.21 | $    869.35 | | |



**FIFTH THIRD BANK**
(LOUISVILLE)
P.O. BOX 630900 CINCINNATI OH 45263-0900

DEIRDRE C SCHROEDER
3:21-BK-00707-RCT
5811 CREIGHTON HILL RD
LOUISVILLE KY 40207-2211



0

12806

Statement Period Date: 7/16/2021 - 8/13/2021
Account Type: 53 MOMENTUM CHECKING
Account Number: ▮▮▮5185

Banking Center: Brownsboro Road
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary – ▮▮▮▮5185

| | | | | |
|---|---|---|---|---|
| 07/16 | Beginning Balance | $1,786.66 | Number of Days in Period | 29 |
| 3 | Checks | $(679.39) | | |
| 12 | Withdrawals / Debits | $(1,347.83) | | |
| 1 | Deposits / Credits | $1,062.00 | | |
| 08/13 | Ending Balance | $821.44 | | |

## Checks

3 checks totaling $679.39

\* Indicates gap in check sequence   i = Electronic Image   s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 174 i | 07/19 | 250.00 | 176*i | 08/02 | 135.81 | 177 i | 07/30 | 293.58 |

## Withdrawals / Debits

12 items totaling $1,347.83

| Date | Amount | Description |
|---|---|---|
| 07/26 | 40.00 | 5/3 JEANIE WITHDRAWAL - 004428 2207 HOLIDAY MANOR LOUISVILLE KY ON 072621 FROM CARD#: XXXXXXXXXXXX343X |
| 07/29 | 48.99 | DEBIT CARD PURCHASE AT WALGREENS #3777, 800-289-2273, KY ON 072821 FROM CARD#: XXXXXXXXXXXX3436 |
| 07/30 | 167.98 | CHECK #175 CONVERTED TO ELECTRONIC TRANSACTION BY MIDWEST SWO CHECK PYMT 073021 |
| 07/30 | 116.76 | MERCHANT PAYMENT KROGER #389 - 038910 9151 U.S. 42 PROSPECT KY ON 073021 FROM CARD#: XXXXXXXXXXXX343X |
| 08/02 | 132.76 | RECURRING PURCHASE AT GEICO *AUTO, 800-841-3000, DC ON 080121 FROM CARD#: XXXXXXXXXXXX3436 |
| 08/03 | 77.80 | WEB INITIATED PAYMENT AT MEDICAL / RX INS BILL PAY 16246756691 080321 |
| 08/05 | 25.52 | MERCHANT PAYMENT KROGER FUEL #838 - 838722 296 N. HUBBARDS LAN SAINT MATTHEW KY ON 080521 FROM CARD#: XXXXXXXXXXXX343X |
| 08/05 | 383.02 | TELEPHONE INITIATED PAYMENT AT UnitedHealthcare PREMIUM 3452659541 080521 |
| 08/06 | 35.00 | DEBIT CARD PURCHASE AT KENTUCKY EYE CARE-, LOUISVILLE, KY ON 080521 FROM CARD#: XXXXXXXXXXXX3436 |
| 08/09 | 0.99 | RECURRING PURCHASE AT APPLE.COM/BILL, 866-712-7753, CA ON 080921 FROM CARD#: XXXXXXXXXXXX3436 |
| 08/10 | 79.16 | ATT Payment 875078012EPAYX 081021 |
| 08/12 | 239.85 | MERCHANT PAYMENT KROGER #387 - 038714 279 HUBBARDS LANE SAINT MATTHEW KY ON 081221 FROM CARD#: XXXXXXXXXXXX343X |

## Deposits / Credits

1 item totaling $1,062.00

| Date | Amount | Description |
|---|---|---|
| 08/09 | 1,062.00 | EARLY PAY: SSA TREAS 310 XXSOC SEC XXXXXXXXXA SSA 081121 |

**FIFTH THIRD BANK**

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/19 | 1,536.66 | 08/02 | 600.78 | 08/09 | 1,140.45 |
| 07/26 | 1,496.66 | 08/03 | 522.98 | 08/10 | 1,061.29 |
| 07/29 | 1,447.67 | 08/05 | 114.44 | 08/12 | 821.44 |
| 07/30 | 869.35 | 08/06 | 79.44 | | |

STAY A FIFTH THIRD MORE ORGANIZED AND SECURE WITH PAPERLESS STATEMENTS. LOG INTO ONLINE BANKING TO LEARN MORE AND ENROLL.



**FIFTH THIRD BANK**
(LOUISVILLE)
P.O. BOX 630900 CINCINNATI OH 45263-0900

DEIRDRE C SCHROEDER
3:21-BK-00707-RCT
5811 CREIGHTON HILL RD
LOUISVILLE KY 40207-2211

0

2768

Statement Period Date: 6/16/2021 - 7/15/2021
Account Type: 53 MOMENTUM CHECKING
Account Number: ▓▓▓5185

Banking Center: Brownsboro Road
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - ▓▓▓5185

| | | | |
|---|---|---|---|
| 06/16 | Beginning Balance | $2,930.73 | Number of Days in Period 30 |
| 3 | Checks | $(383.45) | |
| 26 | Withdrawals / Debits | $(1,822.62) | |
| 1 | Deposits / Credits | $1,062.00 | |
| 07/15 | Ending Balance | $1,786.66 | |

## Checks

3 checks totaling $383.45

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 170 i | 06/16 | 250.00 | 171 i | 07/14 | 36.16 | 172 i | 07/14 | 97.29 |

## Withdrawals / Debits

26 items totaling $1,822.62

| Date | Amount | Description |
|---|---|---|
| 06/16 | 11.97 | MERCHANT PAYMENT KROGER #387 - 038715 279 HUBBARDS LANE SAINT MATTHEW KY ON 061621 FROM CARD#: XXXXXXXXXXXX343X |
| 06/16 | 16.42 | MERCHANT PAYMENT KROGER #387 - 038751 279 HUBBARDS LANE SAINT MATTHEW KY ON 061621 FROM CARD#: XXXXXXXXXXXX343X |
| 06/17 | 149.15 | DEBIT CARD PURCHASE AT WALGREENS #3777, 800-289-2273, KY ON 061621 FROM CARD#: XXXXXXXXXXXX3436 |
| 06/18 | 25.53 | DEBIT CARD PURCHASE AT COXS SMOKERS OUTLE, LOUISVILLE, KY ON 061721 FROM CARD#: XXXXXXXXXXXX3436 |
| 06/18 | 238.19 | MERCHANT PAYMENT KROGER CO 186 - 018615 220 HOLIDAY MANOR LOUISVILLE KY ON 061821 FROM CARD#: XXXXXXXXXXXX343X |
| 06/21 | 16.42 | MERCHANT PAYMENT KROGER #387 - 038750 279 HUBBARDS LANE SAINT MATTHEW KY ON 062121 FROM CARD#: XXXXXXXXXXXX343X |
| 06/23 | 32.84 | MERCHANT PAYMENT KROGER #387 - 038750 279 HUBBARDS LANE SAINT MATTHEW KY ON 062321 FROM CARD#: XXXXXXXXXXXX343X |
| 06/25 | 43.50 | JEANIE WITHDRAWAL - 163 4800 BROWNSBORO ROA LOUISVILLE KY ON 062521 FROM CARD#: XXXXXXXXXXXX343X |
| 06/25 | 2.75 | NON-5/3 CASH WITHDRAWAL FEE |
| 06/28 | 7.37 | MERCHANT PAYMENT - 548501 Speedway 4150 Westpor St. Matthews KY ON 062821 FROM CARD#: XXXXXXXXXXXX343X |
| 06/30 | 12.71 | DEBIT CARD PURCHASE AT COXS SMOKERS OUTLE, LOUISVILLE, KY ON 062921 FROM CARD#: XXXXXXXXXXXX3436 |
| 06/30 | 16.42 | MERCHANT PAYMENT KROGER CO 186 - 018650 220 HOLIDAY MANOR LOUISVILLE KY ON 063021 FROM CARD#: XXXXXXXXXXXX343X |
| 07/01 | 33.20 | MERCHANT PAYMENT KROGER #387 - 038711 279 HUBBARDS LANE SAINT MATTHEW KY ON 070121 FROM CARD#: XXXXXXXXXXXX343X |
| 07/02 | 48.01 | MERCHANT PAYMENT - 548501 Speedway 4150 Westpor St. Matthews KY ON 070221 FROM CARD#: XXXXXXXXXXXX343X |
| 07/02 | 132.76 | RECURRING PURCHASE AT GEICO *AUTO, 800-841-3000, DC ON 070121 FROM CARD#: XXXXXXXXXXXX3436 |
| 07/06 | 48.99 | DEBIT CARD PURCHASE AT WALGREENS #3777, 800-289-2273, KY ON 070221 FROM CARD#: XXXXXXXXXXXX3436 |



**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 07/06 | 77.80 | WEB INITIATED PAYMENT AT MEDICAL / RX INS BILL PAY 16166473871 070621 |
| 07/06 | 383.02 | TELEPHONE INITIATED PAYMENT AT UnitedHealthcare PREMIUM 3452659541 070621 |
| 07/06 | 11.66 | MERCHANT PAYMENT KROGER #389 - 038931 9151 U.S. 42 PROSPECT KY ON 070621 FROM CARD#: XXXXXXXXXXXX343X |
| 07/06 | 79.11 | MERCHANT PAYMENT KROGER #389 - 038908 9151 U.S. 42 PROSPECT KY ON 070621 FROM CARD#: XXXXXXXXXXXX343X |
| 07/07 | 40.00 | 5/3 JEANIE WITHDRAWAL - 004428 2207 HOLIDAY MANOR LOUISVILLE KY ON 070721 FROM CARD#: XXXXXXXXXXXX343X |
| 07/08 | 48.27 | MERCHANT PAYMENT KROGER #389 - 038950 9151 U.S. 42 PROSPECT KY ON 070821 FROM CARD#: XXXXXXXXXXXX343X |
| 07/09 | 0.99 | RECURRING PURCHASE AT APPLE.COM/BILL, 866-712-7753, CA ON 070921 FROM CARD#: XXXXXXXXXXXX3436 |
| 07/09 | 79.33 | ATT Payment 411669011EPAYS 070921 |
| 07/12 | 157.98 | CHECK #173 CONVERTED TO ELECTRONIC TRANSACTION BY MIDWEST SWO CHECK PYMT 071221 |
| 07/14 | 108.23 | MERCHANT PAYMENT KROGER #387 - 038701 279 HUBBARDS LANE SAINT MATTHEW KY ON 071421 FROM CARD#: XXXXXXXXXXXX343X |

## Deposits / Credits

1 item totaling $1,062.00

| Date | Amount | Description |
|------|--------|-------------|
| 07/12 | 1,062.00 | EARLY PAY: SSA TREAS 310 XXSOC SEC XXXXXXXXXA SSA 071421 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06/16 | 2,652.34 | 06/28 | 2,136.59 | 07/07 | 1,252.91 |
| 06/17 | 2,503.19 | 06/30 | 2,107.46 | 07/08 | 1,204.64 |
| 06/18 | 2,239.47 | 07/01 | 2,074.26 | 07/09 | 1,124.32 |
| 06/21 | 2,223.05 | 07/02 | 1,893.49 | 07/12 | 2,028.34 |
| 06/23 | 2,190.21 | 07/06 | 1,292.91 | 07/14 | 1,786.66 |
| 06/25 | 2,143.96 | | | | |

STAY A FIFTH THIRD MORE ORGANIZED AND SECURE WITH PAPERLESS STATEMENTS. LOG INTO ONLINE BANKING TO LEARN MORE AND ENROLL.

DEIRDRE C. SCHROEDER AND OR  DONALD J. SCHROEDER, DEBTORS-IN-POSSESSION

CASE NUMBER: 3:21-BK-00707-LVV-CHAPTER 11

SCHEDULE OF HOUSEHOLD CASH RECEIPTS AND CASH DISBURSEMENTS

ATTACHMENT NO.    3A.2

PURPOSE OF ACCOUNT:    PERSONAL

TYPE OF ACCOUNT:    CHECKING

MONTHLY OPERATING REPORT - INDIVIDUAL - FOR THE POST PETITION PERIOD 7.1.21 THROUGH 7.31.21

2    REGIONS BANK - DIP CHECKING ACCT.  1902 - ACTIVITY REGISTER

| ACTIVITY REGISTER: | CHECK # | DATE | AMOUNT | | FOR |
|---|---|---|---|---|---|
| BEGINNING BALANCE - 7.1.21 | | 7.1.21 | $    4,177.01 | | |
| **DEPOSITS / CREDITS:** | | | | | |
| INTEREST PAYMENT | | 7.22.21 | $       0.07 | CREDIT | INTEREST INCOME |
|     TOTAL DEPOSITS / CREDITS | | | $       0.07 | | |
| **CHECKS:** | | | | | |
| ED'S COMFORT SOLUTIONS | 8625 | 7.20.21 | (129.00) | DEBIT | HOME MAINTENANCE |
| BOB'S IRRIGATION & LANDSCAPING | 8626 | 7.19.21 | (157.93) | DEBIT | HOME MAINTENANCE |
| KONE BROOKLYN | 8627 | 7.20.21 | (799.56) | DEBIT | ELAVATOR MAINTENANCE |
| BUG OUT | 8629 | 7.19.21 | (119.00) | DEBIT | PEST CONTROL |
| NASSAU AMELIA UTILITIES | 8631 | 7.20.21 | (496.79) | DEBIT | WATER & SEWER |
|     CHECKS: | | | $  (1,702.28) | | |
| **WITHDRAWALS / DEBITS:** | | | | | |
| STAPLES | | 7.14.21 | $     (63.11) | | |
|     TOTAL WITHDRAWALS / DEBITS | | | $     (63.11) | | |
| ENDING BALANCE PER BANK STATEMENT - 7.22.21 | | | $    2,411.69 | | |
| BEGINNING BALANCE - 7.23.21 | | 6.23.21 | $    2,411.69 | | |
| TOTAL DEPOSITS / CREDITS - (7.23.21 - 7.31.21) | | | | | |
| | | | - | | |
|     TOTAL DEPOSITS / CREDITS - (7.23.21 - 7.31.21) | | | $        - | | |
| CHECKS - (7.23.21 - 7.31.21) | | | | | |
| T & K TOTAL LAWN MAINTENANCE, INC. | 8630 | 7.23.21 | (150.00) | DEBIT | HOME MAINTENANCE |
| POOLS BY JOHN GARNER, INC. | 8628 | 7.23.21 | (658.00) | DEBIT | HOME MAINTENANCE |
| AMERICAN PLUMBING CONTRACTORS, INC. | 8632 | 7.26.21 | (197.00) | DEBIT | HOME MAINTENANCE |
| FLORIDA PUBLIC UTILITIES | 8634 | 7.30.21 | (864.15) | DEBIT | ELECTRIC |
|     CHECKS - (7.23.21 - 7.31.21) | | | $  (1,869.15) | | |
| WITHDRAWALS / DEBITS - (7.23.21 - 7.31.21) | | | | | |
| | | | - | | |
|     WITHDRAWALS / DEBITS - (7.23.21 - 7.31.21) | | | $        - | | |
| ENDING BALANCE - 7.31.21 | | 7.31.21 | $      542.54 | | |

 **REGIONS**

**Regions Bank**
Fernandina Beach Office
1409 Sadler Road
Fernandina Beach, FL 32034

DONALD J SCHROEDER
DEIRDRE C SCHROEDER
27 OCEAN CLUB DR
AMELIA ISLAND FL 32034-6542

**REGIONS PRIORITY BANKING**

**ACCOUNT #**               1902

|            |        |
|------------|--------|
|            | 092    |
| Cycle      | 12     |
| Enclosures | 0      |
| Page       | 1 of 3 |

### LIFEGREEN PREFERRED CHECKING
July 23, 2021 through August 23, 2021

## SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$2,411.69** | | Minimum Balance | $542 |
| Deposits & Credits | $436.58 + | | Average Balance | $821 |
| Net Interest Earned | $0.01 + | | Annual Percentage Yield Earned | 0.01% |
| Withdrawals | $0.00 − | | Interest This Period | $0.01 |
| Fees | $0.00 − | | Average Collected Balance | $780.27 |
| Automatic Transfers | $0.00 + | | 2021 YTD Interest | $0.89 |
| Checks | $2,264.15 − | | | |
| **Ending Balance** | **$584.13** | | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 08/13 | Deposit - Thank You | 436.58 |

## INTEREST

| | | |
|---|---|---|
| 08/23 | Interest Payment | 0.01 |

|                                                   | **Total For This Statement Period** | **Total Calendar Year-to-Date** |
|---------------------------------------------------|-------------------------------------|---------------------------------|
| Total Overdraft Fees (may include waived fees)    | 0.00                                | 0.00                            |
| Total Returned Item Fees (may include waived fees)| 0.00                                | 0.00                            |

## CHECKS

| Date  | Check No. | Amount | Date  | Check No. | Amount |
|-------|-----------|--------|-------|-----------|--------|
| 07/23 | 8628      | 658.00 | 07/26 | 8632 *    | 197.00 |
| 07/23 | 8630 *    | 150.00 | 08/17 | 8633      | 276.00 |

**For all your banking needs, please call Regions Priority Banking Center at 1-800-761-2265
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Jeffrey Thomas Zimmerman, NMLS 546178, at (904)321-8575
or online at www.regionsmortgage.com/jeffzimmerman.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Fernandina Beach Office
1409 Sadler Road
Fernandina Beach, FL 32034

DONALD J SCHROEDER
DEIRDRE C SCHROEDER
27 OCEAN CLUB DR
AMELIA ISLAND FL 32034-6542

**ACCOUNT #**  ████1902

|  |  |
|---|---|
|  | 092 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 2 of 3 |

## CHECKS (CONTINUED)

| Date | Check No. | Amount |  | Date | Check No. | Amount |
|------|-----------|--------|---|------|-----------|--------|
| 07/30 | 8634 | 864.15 |  | 08/19 | 8636 * | 119.00 |
|  |  |  |  |  | Total Checks | $2,264.15 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/23 | 1,603.69 | 08/13 | 979.12 | 08/19 | 584.12 |
| 07/26 | 1,406.69 | 08/17 | 703.12 | 08/23 | 584.13 |
| 07/30 | 542.54 |  |  |  |  |

**REGIONS AND THE REGIONS FOUNDATION ARE
COMMITTED TO MAKING A POSITIVE IMPACT IN
THE ECONOMIC HEALTH OF COMMUNITIES AND
TO PURSUING INCLUSIVE PROSPERITY,
ESPECIALLY IN CHALLENGING TIMES. VISIT
REGIONS.COM/COMMUNITYENGAGEMENT TO READ
THE 2020 COMMUNITY ENGAGEMENT REPORT AND
TO FIND OUT HOW BOTH ARE HELPING
NEIGHBORS TO PROMOTE FINANCIAL SUCCESS.**

 **REGIONS**

**Regions Bank**
Fernandina Beach Office
1409 Sadler Road
Fernandina Beach, FL 32034

DONALD J SCHROEDER
DEIRDRE C SCHROEDER
27 OCEAN CLUB DR
AMELIA ISLAND FL 32034-6542

**REGIONS PRIORITY BANKING**

**ACCOUNT #**        1902

|  | 092 |
|---|---|
| Cycle | 12 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN PREFERRED CHECKING
June 23, 2021 through July 22, 2021

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $29,612.65 | Minimum Balance | $2,411 |
| Deposits & Credits | $384.00 + | Average Balance | $9,012 |
| Net Interest Earned | $0.07 + | Annual Percentage Yield Earned | 0.01% |
| Withdrawals | $466.24 − | Interest This Period | $0.07 |
| Fees | $0.00 − | Average Collected Balance | $9,000.01 |
| Automatic Transfers | $0.00 + | 2021 YTD Interest | $0.88 |
| Checks | $27,118.79 − | | |
| **Ending Balance** | **$2,411.69** | | |

### DEPOSITS & CREDITS

| 06/30 | Deposit - Thank You | 384.00 |
|---|---|---|

### INTEREST

| 07/22 | Interest Payment | 0.07 |
|---|---|---|

### WITHDRAWALS

| 06/29 | Card Purchase Threshold Disco 7338 904-3569992  FL 32202   7901 | 403.13 |
|---|---|---|
| 07/14 | PIN Purchase Staples 1063    5943 Fernandina Befl      7901 | 63.11 |
| | Total Withdrawals | $466.24 |

For all your banking needs, please call Regions Priority Banking Center at 1-800-761-2265
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Jeffrey Thomas Zimmerman, NMLS 546178, at (904)321-8575
or online at www.regionsmortgage.com/jeffzimmerman.

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.



**Thank You For Banking With Regions!**

2021 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

**Regions Bank**
Fernandina Beach Office
1409 Sadler Road
Fernandina Beach, FL 32034

DONALD J SCHROEDER
DEIRDRE C SCHROEDER
27 OCEAN CLUB DR
AMELIA ISLAND FL 32034-6542

**ACCOUNT #** ████1902

|  |  |
|---|---|
| | 092 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 2 of 3 |

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 06/25 | 8621 | 301.00 | 07/19 | 8626 | 157.93 |
| 06/29 | 8622 | 456.64 | 07/20 | 8627 | 799.56 |
| 06/29 | 8623 | 176.37 | 07/19 | 8629 * | 119.00 |
| 06/29 | 8624 | 24,482.50 | 07/20 | 8631 * | 496.79 |
| 07/20 | 8625 | 129.00 | | | |
| | | | | Total Checks | $27,118.79 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/25 | 29,311.65 | 07/14 | 4,113.90 | 07/20 | 2,411.62 |
| 06/29 | 3,793.01 | 07/19 | 3,836.97 | 07/22 | 2,411.69 |
| 06/30 | 4,177.01 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

DEIRDRE C. SCHROEDER AND OR  DONALD J. SCHROEDER, DEBTORS-IN-POSSESSION

ATTACHMENT NO.  3A.3

CASE NUMBER: 3:21-BK-00707-LVV-CHAPTER 11

SCHEDULE OF HOUSEHOLD CASH RECEIPTS AND CASH DISBURSEMENTS

PURPOSE OF ACCOUNT:  PERSONAL
TYPE OF ACCOUNT:  CHECKING

**MONTHLY OPERATING REPORT - INDIVIDUAL - FOR THE POST PETITION PERIOD 7.1.21 THROUGH 7.31.21**

3    REGIONS BANK - DIP CHECKING ACCT. 1937 - ACTIVITY REGISTER

| ACTIVITY REGISTER: | CHECK # | DATE | AMOUNT | | FOR |
|---|---|---|---|---|---|
| BEGINNING BALANCE - 7.1.21 | | 7.1.21 | $  2,621.89 | | |
| **DEPOSITS / CREDITS:** | | | | | |
| DIRECT DEPOSIT | | 7.14.21 | 2,363.00 | CREDIT | SOCIAL SECURITY |
| INTEREST PAYMENT | | 7.22.21 | 0.02 | CREDIT | INTEREST INCOME |
| TOTAL DEPOSITS / CREDITS | | | $  2,363.02 | | |
| **CHECKS:** | | | | | |
| | | | - | | |
| CHECKS: | | | $      - | | |
| **WITHDRAWALS / DEBITS:** | | | | | |
| BARRY C. GORMAN | | 7.2.21 | (240.00) | DEBIT | MEDICAL EXPENSES |
| PUBLIX | | 7.6.21 | (46.36) | DEBIT | FOOD |
| HARRIS TEETER | | 7.6.21 | (13.52) | DEBIT | FOOD |
| MAYO CLINIC | | 7.6.21 | (904.17) | DEBIT | MEDICAL EXPENSES |
| HARRIS TEETER | | 7.8.21 | (49.14) | DEBIT | FOOD |
| HARRIS TEETER | | 7.14.21 | (56.39) | DEBIT | FOOD |
| HARRIS TEETER | | 7.19.21 | (43.00) | DEBIT | GAS |
| WALMART | | 7.19.21 | (127.33) | DEBIT | FOOD |
| WALMART | | 7.19.21 | (12.87) | DEBIT | FOOD |
| USPS | | 7.19.21 | (22.00) | DEBIT | FOOD |
| WALGREENS | | 7.19.21 | (37.22) | DEBIT | PERSONAL ITEMS |
| CORMEIR | | 7.20.21 | (35.00) | DEBIT | PERSONAL ITEMS |
| SUDS | | 7.21.21 | (13.00) | DEBIT | HOME MAINTENANCE |
| TIRE KINGDOM | | 7.22.21 | (313.53) | DEBIT | FLAT TIRE REPLACEMENT |
| TOTAL WITHDRAWALS / DEBITS | | | $  (1,913.53) | | |
| ENDING BALANCE PER BANK STATEMENT - 7.22.21 | | | $   3,071.38 | | |
| BEGINNING BALANCE - 7.23.21 | | 7.23.21 | $   3,071.38 | | |
| **TOTAL DEPOSITS / CREDITS - (7.23.21 - 7.31.21)** | | | | | |
| | | | - | | |
| TOTAL DEPOSITS / CREDITS - (7.23.21 - 7.31.21) | | | $      - | | |
| **CHECKS - (7.23.21 - 7.31.21)** | | | | | |
| | | | - | | |
| CHECKS - (7.23.21 - 7.31.21) | | | $      - | | |
| **WITHDRAWALS / DEBITS - (7.23.21 - 7.31.21)** | | | | | |
| PUBLIX | | 7.23.21 | (61.48) | DEBIT | FOOD |
| HARRIS TEETER | | 7.29.21 | (109.81) | DEBIT | FOOD |
| HARRIS TEETER | | 7.29.21 | (34.17) | DEBIT | FOOD |
| WITHDRAWALS / DEBITS - (7.23.21 - 7.31.21) | | | $   (205.46) | | |
| ENDING BALANCE - 7.31.21 | | 7.31.21 | $  2,865.92 | | |

 **REGIONS**

**Regions Bank**
Fernandina Beach Office
1409 Sadler Road
Fernandina Beach, FL 32034

DONALD J. SCHROEDER
3:21-BK-00707-RCT
27 OCEAN CLUB DR
AMELIA ISLAND FL 32034
27 OCEAN CLUB DR
AMELIA ISLAND FL 32034-6542

**REGIONS PRIORITY BANKING**

**ACCOUNT #** ████ 1937

|  | 092 |
|---|---|
| Cycle | 12 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN PREFERRED CHECKING
July 23, 2021 through August 23, 2021

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $3,071.38 | Minimum Balance | $2,550 |
| Deposits & Credits | $2,363.00 + | Average Balance | $3,484 |
| Net Interest Earned | $0.03 + | Annual Percentage Yield Earned | 0.01% |
| Withdrawals | $1,160.42 − | Interest This Period | $0.03 |
| Fees | $0.00 − | Average Collected Balance | $3,484.89 |
| Automatic Transfers | $0.00 + | 2021 YTD Interest | $0.35 |
| Checks | $92.95 − | | |
| Ending Balance | $4,181.04 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 08/11 | SSA  Treas 310  Xxsoc Sec Donald J Schro | 2,363.00 |

### INTEREST

| | | |
|---|---|---|
| 08/23 | Interest Payment | 0.03 |

### WITHDRAWALS

| | | |
|---|---|---|
| 07/23 | PIN Purchase Publix Super M  5411 Fernandina Befl    6959 | 61.48 |
| 07/29 | PIN Purchase Publix Super M  5411 Fernandina Befl    6959 | 109.81 |
| 07/29 | PIN Purchase Harris Te 4800  5411 Fernandina Befl    6959 | 34.17 |
| 08/02 | Card Purchase Verizon Wrls IV  4814 800-9220204  CA 95630    6959 | 153.14 |
| 08/03 | PIN Purchase Harris Te 4800  5411 Fernandina Befl    6959 | 21.00 |
| 08/03 | PIN Purchase Harris Teeter   5542 Fernandina Befl    6959 | 43.80 |
| 08/09 | PIN Purchase Publix Super M  5411 Fernandina Befl    6959 | 57.55 |
| 08/09 | PIN Purchase Harris Te 4800  5411 Fernandina Befl    6959 | 40.32 |
| 08/12 | Card Purchase Comcast Jackson  4899 800-266-2278 FL 33325    6959 | 285.20 |
| 08/12 | PIN Purchase Harris Te 4800  5411 Fernandina Befl    6959 | 28.32 |

**For all your banking needs, please call Regions Priority Banking Center at 1-800-761-2265
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Jeffrey Thomas Zimmerman, NMLS 546178, at (904)321-8575
or online at www.regionsmortgage.com/jeffzimmerman.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**

 EQUAL HOUSING LENDER

**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval.

**REGIONS**

Regions Bank
Fernandina Beach Office
1409 Sadler Road
Fernandina Beach, FL 32034

DONALD J. SCHROEDER
3:21-BK-00707-RCT
27 OCEAN CLUB DR
AMELIA ISLAND FL 32034
27 OCEAN CLUB DR
AMELIA ISLAND FL 32034-6542

**ACCOUNT #**                          1937

|  |  |
|---|---|
|  | 092 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | | | | Amount |
|---|---|---|---|---|---|---|
| 08/16 | PIN Purchase Staples 1063 | 5943 Fernandina Befl | 6959 | | | 136.36 |
| 08/19 | PIN Purchase Harris Te 4800 | 5411 Fernandina Befl | 6959 | | | 78.26 |
| 08/19 | PIN Purchase Harris Teeter | 5542 Fernandina Befl | 6959 | | | 32.35 |
| 08/23 | Card Purchase Cascade Healthc | 5047 877-480-3028 | WA 98057 | 6959 | | 26.23 |
| 08/23 | PIN Purchase Walgreens Stor | 5912 Fernandina Befl | 6959 | | | 12.00 |
| 08/23 | PIN Purchase Publix Super M | 5411 Fernandina Befl | 6959 | | | 40.43 |

Total Withdrawals          $1,160.42

|  | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 08/23 | 1011 | 92.95 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/23 | 3,009.90 | 08/09 | 2,550.11 | 08/16 | 4,463.23 |
| 07/29 | 2,865.92 | 08/11 | 4,913.11 | 08/19 | 4,352.62 |
| 08/02 | 2,712.78 | 08/12 | 4,599.59 | 08/23 | 4,181.04 |
| 08/03 | 2,647.98 | | | | |

**REGIONS AND THE REGIONS FOUNDATION ARE
COMMITTED TO MAKING A POSITIVE IMPACT IN
THE ECONOMIC HEALTH OF COMMUNITIES AND
TO PURSUING INCLUSIVE PROSPERITY,
ESPECIALLY IN CHALLENGING TIMES. VISIT
REGIONS.COM/COMMUNITYENGAGEMENT TO READ
THE 2020 COMMUNITY ENGAGEMENT REPORT AND
TO FIND OUT HOW BOTH ARE HELPING
NEIGHBORS TO PROMOTE FINANCIAL SUCCESS.**

 **REGIONS**

**Regions Bank**
Fernandina Beach Office
1409 Sadler Road
Fernandina Beach, FL 32034

DONALD J. SCHROEDER
3:21-BK-00707-RCT
27 OCEAN CLUB DR
AMELIA ISLAND FL 32034
27 OCEAN CLUB DR
AMELIA ISLAND FL 32034-6542

**REGIONS PRIORITY BANKING**

**ACCOUNT #**  ▓1937

| | |
|---|---|
| | 092 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 1 of 3 |

### LIFEGREEN PREFERRED CHECKING
June 23, 2021 through July 22, 2021

## SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $3,115.24 | | Minimum Balance | $1,368 |
| Deposits & Credits | $2,363.00 | + | Average Balance | $2,616 |
| Net Interest Earned | $0.02 | + | Annual Percentage Yield Earned | 0.01% |
| Withdrawals | $2,129.47 | – | Interest This Period | $0.02 |
| Fees | $0.00 | – | Average Collected Balance | $2,616.78 |
| Automatic Transfers | $0.00 | + | 2021 YTD Interest | $0.32 |
| Checks | $277.41 | – | | |
| Ending Balance | $3,071.38 | | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 07/14 | SSA Treas 310  Xxsoc Sec Donald J Schro | 2,363.00 |

## INTEREST

| | | |
|---|---|---|
| 07/22 | Interest Payment | 0.02 |

## WITHDRAWALS

| | | |
|---|---|---|
| 06/28 | Card Purchase Auntie Anne S F  5814 Jacksonville  FL 32225   6959 | 17.04 |
| 06/28 | PIN Purchase Harris Te 4800   5411 Fernandina Befl            6959 | 52.37 |
| 06/28 | PIN Purchase Harris Teeter   5542 Fernandina Befl      6959 | 46.25 |
| 06/30 | PIN Purchase Publix Super M   5411 Fernandina Befl        6959 | 100.28 |
| 07/02 | Card Purchase Barry C Gorman  8011 McLean      VA 22101   6959 | 240.00 |
| 07/06 | PIN Purchase Publix Super M   5411 Fernandina Befl        6959 | 46.36 |
| 07/06 | PIN Purchase Harris Teeter   5411 Fernandina Befl        6959 | 13.52 |
| 07/06 | Mayo Clinic Mych Internet 14003100000347 043000091410276 | 904.17 |
| 07/08 | PIN Purchase Harris Te 4800   5411 Fernandina Befl            6959 | 49.14 |
| 07/14 | PIN Purchase Harris Te 4800   5411 Fernandina Befl            6959 | 56.39 |

**For all your banking needs, please call Regions Priority Banking Center at 1-800-761-2265
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

For new purchase or refinance mortgage information, contact your
**Mortgage Loan Originator, Jeffrey Thomas Zimmerman, NMLS 546178, at (904)321-8575
or online at www.regionsmortgage.com/jeffzimmerman.**

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.



**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval.

EQUAL HOUSING
LENDER

**REGIONS**

**Regions Bank**
Fernandina Beach Office
1409 Sadler Road
Fernandina Beach, FL 32034

DONALD J. SCHROEDER
3:21-BK-00707-RCT
27 OCEAN CLUB DR
AMELIA ISLAND FL 32034
27 OCEAN CLUB DR
AMELIA ISLAND FL 32034-6542

**ACCOUNT #** ▇1937

| | |
|---|---|
| | 092 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 2 of 3 |

## WITHDRAWALS (CONTINUED)

| Date | Description | | Amount |
|---|---|---|---|
| 07/19 | PIN Purchase Harris Teeter   5542 Fernandina Befl | 6959 | 43.00 |
| 07/19 | PIN Purchase Wal-Mart Store   5310 Fernandina Befl | 6959 | 127.33 |
| 07/19 | PIN Purchase Wal-Mart Super   5411 Fernandina Befl | 6959 | 12.87 |
| 07/19 | PIN Purchase USPS PO 112865   9402 Fernandina Befl | 6959 | 22.00 |
| 07/19 | PIN Purchase Walgreens Stor   5912 Fernandina Befl | 6959 | 37.22 |
| 07/20 | Card Purchase Sq *Cormier Hai 7230 Fernandina Be FL 32034   6959 | | 35.00 |
| 07/21 | Card Purchase Suds On Sadler   7542 Fern Bch    FL 32034   6959 | | 13.00 |
| 07/22 | PIN Purchase Tire Kingdom #   5532 Fernandina Bcfl | 6959 | 313.53 |

Total Withdrawals    $2,129.47

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount |
|---|---|---|
| 06/28 | 1009 | 277.41 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/28 | 2,722.17 | 07/08 | 1,368.70 | 07/20 | 3,397.89 |
| 06/30 | 2,621.89 | 07/14 | 3,675.31 | 07/21 | 3,364.89 |
| 07/02 | 2,381.89 | 07/19 | 3,432.89 | 07/22 | 3,071.38 |
| 07/06 | 1,417.84 | | | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**